# UNITED STATES DISTRICT COURT

for the

District of Oregon

_____ Division

Emily Schuberg
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DOE / Mohela
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:26-cv-235-SI
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Emily Schuberg
   Street Address: 2144 NE 23rd Ave
   City and County: Portland Multnomah
   State and Zip Code: Oregon 97212
   Telephone Number: 503.000.8537
   E-mail Address: emily.york3@gmail.com

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: DOE / Mohela
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 20 U.S.C 1097 Fraudulent student financial aid obtained through identity theft

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

            Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

            *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

          The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2023 financial aid was taken out wrongfully under my name. A sum of the balance was garnished in my 2023 tax return and the remaining balance is being threatened through collections.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

That the amount already ~~be~~ garnished be refunded, the remaining balance be forgiven and whatever damage done to my credit be corrected.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/30/24

Signature of Plaintiff: *Emily Schuberg*

Printed Name of Plaintiff: Emily Schuberg

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Emily Schuberg,
Plaintiff,

v.

U.S. Department of Education;
MOHELA (Missouri Higher Education Loan Authority),
Defendants.

Case No. _____

___

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

AND PRELIMINARY INJUNCTION

Plaintiff **Emily Schuberg**, proceeding pro se, respectfully moves this Court for an **Emergency Temporary Restraining Order ("TRO") and Preliminary Injunction** pursuant to **Federal Rule of Civil Procedure 65**, enjoining Defendants from continuing collection, garnishment, tax refund offsets, credit reporting, and enforcement actions related to a federal student loan incurred through **identity theft and fraud.**

This motion is based on the accompanying Complaint, Declaration of Emily Schuberg, exhibits, and the record herein.

___

# I. INTRODUCTION

This is an emergency motion brought by an identity theft victim whose **federal tax refund was already seized in 2023** to satisfy a debt she did not incur, did not authorize, and did not benefit from. Despite documented fraud and formal disputes submitted to Defendants, enforcement has continued and **additional collection actions are threatened**, creating ongoing and irreparable harm.

Plaintiff seeks immediate injunctive relief to halt further unlawful enforcement, preserve funds already

taken, and maintain the status quo pending adjudication on the merits.

Case 3:26-cv-00235-SI    Document 2    Filed 02/03/26    Page 7 of 19

## II. FACTUAL BACKGROUND

1. Plaintiff did not apply for, authorize, enroll in, or receive educational services associated with the federal student loan debt Defendants are attempting to collect.
2. In or around **December 2023**, Plaintiff moved residences in Portland, Oregon.
3. After moving, Plaintiff received mail that had been delivered to her former address indicating that **federal student financial aid had been issued in her name without her knowledge or consent.**
4. Upon discovery, Plaintiff immediately contacted the relevant school and the U.S. Department of Education and was advised that the matter appeared to involve fraud.
5. Plaintiff filed a **police report** reporting identity theft and student financial aid fraud and completed an **FTC Identity Theft Affidavit**.
6. Plaintiff formally disputed the debt with the U.S. Department of Education and MOHELA and requested that enforcement cease during the fraud investigation.
7. Despite notice and documentation of identity theft, Defendants continued to treat the debt as valid and enforceable.
8. In **2023**, Defendants **offset and seized Plaintiff's federal tax refund** in connection with this disputed and fraudulent debt.
9. Plaintiff has since received **additional notices threatening continued collection and enforcement**, including further offsets and garnishment.
10. Plaintiff faces ongoing and irreparable harm absent immediate judicial intervention.

## III. LEGAL STANDARD

A Temporary Restraining Order and Preliminary Injunction may issue where the movant demonstrates:
1. A likelihood of success on the merits;
2. Likelihood of irreparable harm absent relief;
3. That the balance of equities tips in the movant's favor; and
4. That an injunction is in the public interest.

*Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

---

## IV. ARGUMENT

### A. Plaintiff Is Likely to Succeed on the Merits

Plaintiff has demonstrated that the alleged debt arose from **identity theft**, not from any action or authorization by Plaintiff. Courts may declare debts incurred through identity theft unenforceable and enjoin their collection.

Defendants were provided formal notice of fraud, yet continued enforcement, including seizure of Plaintiff's tax refund. Enforcement of a debt known to be disputed as fraudulent is unlawful and subject to judicial restraint.

---

### B. Plaintiff Faces Immediate and Irreparable Harm

The **loss of income through tax refund seizure**, ongoing threat of additional offsets, and continued credit reporting constitute irreparable harm that cannot be remedied solely through monetary damages.

Absent immediate relief, Plaintiff faces continued unlawful enforcement of a fraudulent debt.

---

### C. The Balance of Equities Favors Plaintiff

Plaintiff faces severe personal and financial harm, while Defendants suffer no prejudice from temporarily halting collection during adjudication. Maintaining the status quo strongly favors Plaintiff.

---

### D. The Public Interest Supports Injunctive Relief

The public interest is served by protecting identity theft victims and preventing government enforcement of fraudulent debts. Granting injunctive relief ensures fairness and integrity in federal

## V. REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. **Issue an immediate Temporary Restraining Order** prohibiting Defendants and their agents from:
    - Wage garnishment
    - Federal or state tax refund offsets
    - Treasury offsets
    - Collection communications
    - Credit reporting or continued reporting of the disputed debt
2. Order Defendants to place the disputed account into **administrative forbearance;**
3. Order Defendants to **preserve all funds and records**, including the **2023 federal tax refund offset**, pending final adjudication;
4. Set a hearing on Plaintiff's Motion for Preliminary Injunction;
5. Grant such other and further relief as the Court deems just and proper.

## VI. NOTICE

Given the immediacy of the threatened harm and Plaintiff's pro se status, Plaintiff respectfully requests that the Court grant temporary relief pending Defendants' opportunity to respond.

DATED: _____

Respectfully submitted,

**Emily Schuberg**
Plaintiff, Pro Se



# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number: 196523045

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Emily | Suzanne | Schuberg |
| **Address:** | **Phone:** | **Email:** |
| [redacted] | [redacted] | [redacted] |

## Personal Statement

In Decemeber 2023 my family moved from 2205 NE 19th ave to 2144 NE 23rd ave in portland oregon. Later that month, mail delivered tk our former address included a letter from Portland Community College (PCC) stating that financial aid had been issued in my name and that I owed a balance. I immediately contacted PCC and was informed the account appeared fraudulent. I was advised to contact the US department of education and was referred to Mohela, the loan servicer. i secured the account by changing login credentials to prevent further misuse. At the time, I was pregnant with my third child and did not fully grasp the urgency of resolving the balance. In 2023, our tax refund was intercepted to cover the outstanding amount. Since then, I have made repeated attempts to resolve the issue with PCC, the DOE, and MOHELA, often encountering long holds, disconnections, or referals without resolution. Only after the loan was transferred to your collection agency was I provided a clear process.

## Accounts Affected by the Crime

| Fraudulent Federal Student Loan | | |
|---|---|---|
| **Company or Organization:** | Mohel | |
| **Account Number:** | [redacted] | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 9/2023 | 11/2023 | $ 3800 |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Emily Suzanne Schuberg**　　　　　　　　　　　　　　**1/20/2026**
Emily Suzanne Schuberg　　　　　　　　　　　　　　　Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**Oregon Health Authority – CENTER FOR HEALTH STATISTICS**
**APPLICATION, LICENSE, AND RECORD OF MARRIAGE**

Local file number: 2017-10119
State file number: 136-

| Field | Value |
|---|---|
| County | MULTNOMAH |
| License effective on or after | JANUARY 13, 2017 |
| License expires | MARCH 13, 2017 |

**PARTY A** (Groom / Bride / Spouse)
- 1a. Legal name (first, middle): GRANT BLAIR
- Last: SCHUBERG
- 1b. Legal name at birth (if different):
- 1c. Previous name (if different):
- 2. Birthplace: OREGON
- 3. Date of birth: APRIL 09, 1989
- 4. Age: 27
- 5. Sex: MALE
- 6. Occupation: LUMBER BROKER
- 7. Previous marital status: SINGLE
- 8a. Father's name: PAUL BLAIR SCHUBERG
- 8b. Birthplace: OREGON
- 9a. Mother's name: [redacted]
- 9b. Birthplace: OREGON
- 10a. Address: [redacted], PORTLAND, OREGON, ZIP 97217
- 10b. County of residence: MULTNOMAH
- 11. Legal name taken after marriage: GRANT BLAIR SCHUBERG

**PARTY B** (Groom / Bride / Spouse ✓)
- 12a. Legal name (first, middle): EMILY SUZANNE
- Last: YORK
- 12b. Legal name at birth (if different):
- 12c. Previous name (if different):
- 13. Birthplace: OREGON
- 14. Date of birth: MARCH 06, 1986
- 15. Age: 30
- 16. Sex: FEMALE
- 17. Occupation: [illegible]
- 18. Previous marital status: SINGLE
- 19a. Father's name: JOHN FREDRICK YORK
- 19b. Birthplace: OREGON
- 20a. Mother's name: [redacted]
- 20b. Birthplace: OREGON
- 21a. Address: [redacted], PORTLAND, OREGON, ZIP 97217
- 21b. County of residence: MULTNOMAH
- 22. Legal name taken after marriage: EMILY SUZANNE SCHUBERG

25. Party A's legal signature: [signed]  Date: 1/13/17
26. Party B's legal signature: [signed]  Date: 1/13/17

27. Date license issued: JANUARY 13, 2017
28. Signature of issuing official: [signed]
29. Title of issuing official: [illegible]

30a. Date of marriage: 1/14/17
30b. Where married: Portland, Oregon
STATE OF OREGON, County of Multnomah, SS

31. Officiant: John Eshleman
Address: [redacted]

The foregoing copy has been compared and is certified by me as a full, true and correct copy of the original on file in my office and in my custody.
In Testimony Whereof, I have hereunto set my hand and affixed the seal of the office.
on: 8/22/2019
by: Terry Tanaka - Deputy, Division of Assessment, Recording & Taxation

32. Witness name (print): Barbara Schuberg Coleman
34. Signature of county official: R. Mullins   1-31-17

Certified Copy Page 1 of 2

---

Handwritten annotations (margins):

- "FATHER'S REAL NAME — DIFFERENT FROM FAKE USED ON MPN" (with arrow pointing to field 8a)
- "CONSENT FORM WAIVER" with "X" marked (both Party A and Party B sections)
- "LEGAL NAME USED SINCE 2017 (LOAN OPENED IN 2025)" (with arrow pointing to field 19a — JOHN FREDRICK YORK)



DIVISION OF ASSESSMENT, RECORDING & TAXATION
MULTNOMAH COUNTY
STATE OF OREGON

STATE OF OREGON
County of Multnomah } SS

The foregoing copy has been compared and is certified by me as a full, true and correct copy of the original on file in my office and in my custody.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of the office.

on: 8/22/19

By ________

Deputy TL Tanaka
Division of Assessment & Taxation

# Master Promissory Note (MPN)
## Direct Subsidized Loans and Direct Unsubsidized Loans
### William D. Ford Federal Direct Loan Program

OMB No. 1845-0007
Form Approved
Exp. Date 07/31/2022

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**BEFORE YOU BEGIN**

Before you begin, read the Instructions on page 14 of this MPN.

**BORROWER INFORMATION**

1. Name and Permanent Address (see Instructions)
   Emily S York
   2205 NE 19TH AVE Portland, OR, 97212, US

2. Social Security Number [redacted]

3. Date of Birth (mm-dd-yyyy)  03-06-1986

4. Driver's License State and Number

5. Email Address (optional)  schubergemily@gmail.com   *NOT MINE*

6. Area Code/Telephone Number  (503) 883-7537

**REFERENCE INFORMATION**

List two persons with different U.S. addresses who have known you for at least three years. The first reference should be a parent or legal guardian.   *FAKE NAME OF FATHER*

7. First Name: Smith    Middle Initial: ____    Last Name: York
   Permanent Address (Street, City, State, Zip Code):  *MY ADDRESS (OLD) NOT HIS*
   2205 NE 19TH AVE Portland, OR, 97212, US
   Email Address (optional): N/A
   Area Code/Telephone Number: (503) 543-7528   *NOT HIS PHONE #*
   Relationship to You: FATHER

8. First Name: Mathew    Middle Initial: ____    Last Name: West
   Permanent Address (Street, City, State, Zip Code):
   5527 SE 104TH Ave Portland, OR, 97266, US
   Email Address (optional): N/A
   Area Code/Telephone Number: (503) 883-5342
   Relationship to You: TEACHER

**SCHOOL INFORMATION – TO BE COMPLETED BY THE SCHOOL**

9. School Name and Address  Portland Community College, 12000 SOUTHWEST 49TH AVENUE PORTLAND, OR, 972197132

10. School Code/Branch  G03213

11. Identification No.  543234723M24G03213999

PAGE 1 OF 14

11/2019

OMB No. 1845-0007
Form Approved
Exp. Date 07/31/2022

Borrower's Name: Emily S York

Social Security Number: ▓▓▓▓▓▓▓

**BORROWER REQUEST, CERTIFICATIONS, AUTHORIZATIONS, AND UNDERSTANDINGS**

12. I request a total amount of Direct Subsidized Loans and/or Direct Unsubsidized Loans under this Master Promissory Note (MPN) that cannot be more than the maximum amounts I am eligible to receive, as provided under federal law and explained in the MPN Terms and Conditions and in the Borrower's Rights and Responsibilities Statement that accompanies this MPN.

13. Under penalty of perjury, I certify that:

A. The information I provide on this MPN and that I update from time to time is true, complete, and correct to the best of my knowledge and belief.

B. I will use the loan money I receive only to pay for my authorized educational expenses for attendance at the school that determined I was eligible to receive the loan, and I will immediately repay any loan money that is not used for that purpose.

C. If I owe an overpayment on a Federal Perkins Loan or on a grant made under the federal student aid programs (as defined in the MPN Terms and Conditions), I have made satisfactory arrangements to repay the amount owed.

D. If I am in default on a federal student loan, I have made satisfactory repayment arrangements with the loan holder to repay the amount owed.

E. If I have been convicted of, or if I have pled *nolo contendere* (no contest) or guilty to, a crime involving fraud in obtaining federal student aid funds, I have fully repaid those funds.

14. For each Direct Subsidized Loan and Direct Unsubsidized Loan I receive under this MPN, I authorize:

A. My schools, the U.S. Department of Education (ED), and their agents and contractors to release information about my loan to the references I provide and to my immediate family members unless I submit written directions otherwise or as otherwise permitted by law.

B. My schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at any cellular telephone number I provide now or in the future using automated dialing equipment or artificial or prerecorded voice or text messages.

15. I understand that:

A. My school is authorized to credit my loan money to my account at the school and to pay to ED any refund that may be due up to the full amount of the loan.

B. I have the option of paying the interest that accrues on my loans during grace, in-school, deferment (including in-school deferment), forbearance, and certain other periods, but if I do not do so, ED may add unpaid interest that accrues on my loans to the principal balance of those loans at the end of the grace, deferment, forbearance, or other period. This is called "capitalization." Capitalization will increase the principal amount owed on the loan and the total amount of interest I must pay.

C. ED has the authority to verify information reported on this MPN with other federal agencies and to report information about my loan status to persons and organizations permitted by law to receive that information.

D. My school will notify me of the type of loan and loan amount that I am eligible to borrow.

E. Within certain timeframes, I may cancel a loan or request a lower amount by contacting my school, or by refusing to accept or returning all or a portion of a loan disbursement that is made to me.

F. More than one loan may be made to me under this MPN for the same or different loan periods.

G. I am entitled to an exact copy of this MPN and the Borrower's Rights and Responsibilities Statement.

**PROMISES**

16. I promise to pay to ED the full amount of all loans that I receive under this MPN in accordance with the terms of the MPN, plus interest and any other charges and fees that I may be required to pay under the terms of the MPN.

17. If I do not make a payment on a loan made under this MPN when it is due, I promise to pay reasonable collection costs, including but not limited to attorney fees, court costs, and other fees.

18. I promise that I will not sign this MPN before reading the entire MPN, even if I am told not to read it, or told that I am not required to read it.

19. By signing this MPN, whether electronically or on a paper copy, I promise that I have read, understand, and agree to the terms and conditions of the MPN, including the Borrower Request, Certifications, Authorizations, and Understandings, the MPN Terms and Conditions, and the Borrower's Rights and Responsibilities Statement.

I UNDERSTAND THAT I MAY RECEIVE ONE OR MORE LOANS UNDER THIS MPN, AND THAT I MUST REPAY ALL LOANS THAT I RECEIVE UNDER THIS MPN.

20. Borrower's Signature: Emily S York         NOT MY SIGNATURE OR LEGAL NAME ON THIS DATE

21. Today's Date (mm-dd-yyyy): 09-11-2023

PAGE 2 OF 14

11/2019

| Borrower's Name: | Social Security Number: | Identification Number: |
|---|---|---|
| Emily S York | [redacted] | [redacted] |

## TRANSACTION HISTORY

| | |
|---|---|
| Your identity was confirmed based on the information associated with your FSA ID on: | September 11 2023, 02:48:26 PM |
| You agreed to use an electronic MPN on: | September 11 2023, 02:51:13 PM |
| You reviewed your MPN and confirmed that you read, understood, and agreed to the Borrower Request Certifications, Authorizations, and Understandings, Promise to Pay, MPN Terms and Conditions, Important Notices and Borrower's Rights and Responsibilities Statement on: | September 11 2023, 03:00:54 PM |
| You signed and submitted your MPN on: | September 11 2023, 03:01:25 PM |



Tina Kotek, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

| | |
|---|---|
| Date: | June 14, 2024 |
| Letter ID: | |
| Account ID: | |
| Period ending: | December 31, 2023 |



GRANT B. SCHUBERG
EMILY SCHUBERG

## Notice of Refund Offset

We offset your Personal Income Tax refund to pay debt you owe.

| | |
|---|---|
| Refund claimed or available | |
| Interest on refund | $76.25 |
| Offset to debts owed | $1,173.00 |
| Refund check or deposit amount | |

This refund has been issued without an examination or audit.

### Explanation of refund offset(s)

Oregon law says your refund can be used to pay delinquent accounts. You have already been given the opportunity to appeal the debt your refund is being used to pay.

We applied part or all of your refund to pay the following debt(s):

| Payee | Account Number | Period | Offset Amount |
|---|---|---|---|
| PORTLAND COMMUNITY COLLEGE - STUDENT RECEIVABLES | ACC - | Mar 22, 2024 | $1,173.00 |

(503) 945-8199 or toll-free (877) 222-2346

$1,173.00

### How to request your share of a joint refund

If you aren't responsible for the debt listed, you have 30 days to ask us to divide the refund. However, we can't divide your refund if it was used to pay a writ or notice of garnishment, a bankruptcy levy, or an IRS levy.

## My Loans

⤓ Download My Aid Data ⓘ

Last Updated 01/08/2026

Total Balance ⓘ

# $2,729.52

Principal Balance ⓘ  Outstanding Interest ⓘ  Interest Rates ⓘ
$2,469.00              $260.52                 5.50%

$0.00 Paid                                                      $2,729.52 Remaining

0%

⊘ **You're Currently in Default**

Don't get discouraged if you're in default on your federal student loan. You have options for getting out of default.

[Contact the Default Resolution Group]

## Loans and Repayment Information

**Repayment Plan**
**Standard Repayment Plan**

Plan Type
Fixed Payment Repayment Plan

[View Repayment Plan]

### Debt Management And Collections System Loans   Visit Debt Management And Collections System ↗

Monthly Payment ⓘ **$51.00**   [Pay at Debt Management And Collections System ↗]

**CURRENT BALANCE** ⓘ                                               ⓘ Default
**$1,639.97**

Subsidized Loan | 5.50% Interest Rate

[View Loan]

**CURRENT BALANCE** ⓘ                                               ⓘ Default
**$1,089.55**

Unsubsidized Loan | 5.50% Interest Rate

[View Loan]

🔊 Hi! Need help?

## My Enrollment

The office of Federal Student Aid (FSA) uses school-level enrollment information certified by schools to determine when your loans enter repayment, and whether you are eligible for an in-school deferment. This page shows your current campus and program enrollment, your past enrollments, and any pending enrollment change requests. Note: It may take up to 60 days for your school to process your pending request and for your updates to show on this site. You may also contact your school directly.

## Enrollment

If your current campus enrollment information is missing, you can submit a request to add the information. If your current campus enrollment information is incorrect, contact your school.

[ Add Enrollment ]

### Program Enrollment History ⓘ

#### Portland Community College (00321300)

| | |
|---|---|
| **ENROLLMENT STATUS** | WITHDRAWN |
| **EFFECTIVE DATE** | 10/27/23 |
| **PROGRAM** | Business Administration and Management, General. |
| **CREDENTIAL LEVEL** | Associate's Degree |
| **LENGTH IN YEARS** | 2 |
| **BEGIN DATE** | 9/25/23 |

#### Portland Community College (00321300)

| | |
|---|---|
| **ENROLLMENT STATUS** | FULL TIME |
| **EFFECTIVE DATE** | 9/25/23 |
| **PROGRAM** | Business Administration and Management, General. |
| **CREDENTIAL LEVEL** | Associate's Degree |
| **LENGTH IN YEARS** | 2 |
| **BEGIN DATE** | 9/25/23 |

Was this page helpful? *

👍 👎

Submit

 Hi! Need help?